UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TD SYNNEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25 CV 435 CDP |
| ) | |
| NODESNOW, LLC, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This newly filed case is before me *sua sponte* for review of subject-matter jurisdiction.

Plaintiff TD Synnex Corporation brings this breach-of-contract/foreclosure action alleging that defendant NodesNow, LLC, defaulted on a promissory note. Plaintiff invokes this Court's diversity jurisdiction under 28 U.S.C. § 1332.

I have reviewed plaintiff's complaint and find that there is no adequate statement of citizenship with respect to defendant NodesNow, LLC. I will therefore order plaintiff to file an amended complaint to properly allege this Court's subject-matter jurisdiction.

In its complaint, TD Synnex asserts that NodesNow "is a Missouri limited liability company with a principal place of business [in] Minnesota." (ECF 1, Compl. at ¶ 6.) For diversity purposes, however, an LLC's citizenship is the

citizenship of all its members. *GMAC Com. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). In its complaint, TD Synnex neither identifies the members of NodesNow, LLC, nor alleges the citizenship of any member. Without sufficient identification and statement of citizenship of the members of NodesNow, LLC, I am unable to determine if this Court has subject-matter jurisdiction.

Accordingly, I will give TD Synnex seven (7) days to amend its complaint to properly allege this Court's subject-matter jurisdiction. Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

Therefore,

**IT IS HEREBY ORDERED** that **within seven (7) days of the date of this Order**, plaintiff TD Synnex Corporation shall file an amended complaint that properly alleges this Court's subject-matter jurisdiction. Failure to timely comply with this Order may result in this action being dismissed without prejudice for lack of subject-matter jurisdiction.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2025.